UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ALEJANDRO HERRERA CONTRERAS,<br><br>           Defendant. | Case No.: 3:19-cr-03592-BTM<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING<br><br>Current Date: April 12, 2021<br>Current Time: 2:00 PM<br><br>Proposed Date:  May 17, 2021<br>At 2:00 PM |

For good cause appearing and in conformance with the parties' agreement, the Court hereby continues the Sentence With PSR hearing from April 12, 2021, to May 17, 2021 at 2:00 PM. The court finds that the time between April 8, 2021 and May 17, 2021 is excludable pursuant to the Speedy Trial Act section 3161(h)(7)(A) in the interest of justice.

**IT IS SO ORDERED:**

Dated:  April 13, 2021

_____
Honorable Barry Ted Moskowitz
United States District Court

1